IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **CHRISTINIA ZENKNER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:17-CV-00619-O |
| | § | |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

Mediator Walter E. Parker notified the Court of a settlement as a result of mediation in this case in his Alternative Dispute Resolution Summary (ECF No. 11), filed September 21, 2017. The Court hereby **ORDERS** the parties to file a joint status report or motion regarding the status of the settlement discussions in this case on or before **October 2, 2017.**

**SO ORDERED** on this **25th day of September, 2017**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE