UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH

| | |
|---|---|
| CHRISTINA ZENKNER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE LINCOLN NATIONAL LIFE )<br>INSURANCE COMPANY, )<br>)<br>Defendant. )<br>) | Civil Action No. 4:17-cv-619-O<br><br>Jury Demand<br><br>Electronically Filed |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Christina Zenkner, and the Defendant, The Lincoln National Life Insurance Company, hereby stipulate that this action is hereby dismissed with prejudice to the refiling of the same.

Each party shall bear their own attorneys' fees and costs.

Dated: October 5, 2017.

                                                              Respectfully submitted,

                                                              /s/ John M. Scannapieco
                                                              John M. Scannapieco
                                                              Tenn. Reg. No. 14473
                                                              BAKER DONELSON BEARMAN
                                                                   CALDWELL & BERKOWITZ, P.C.
                                                              211 Commerce Street, Suite 800
                                                              Nashville, Tennessee 37201
                                                              (615) 726-5648
                                                              *jscannapieco@bakerdonelson.com*

                                                              *Attorneys for the Defendant, The Lincoln National Life Insurance Company*

/s/ Greg Reed (w/ permission JS)
Greg Reed
State Bar No. 16677750
Bemis, Roach & Reed
4100 Duval Rd., Bldg. 1
Suite 200
Austin, Texas 78759
(512) 454-4000
greg@brrlaw.com

*Attorneys for the Plaintiff, Christina Zenkner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically by operation of the Court's electronic filing system or by U.S. first class mail, postage pre-paid to Greg Reed, Esq., Bemis, Roach & Reed, 4100 Duval Road, Building 1, Suite 200, Austin, Texas 78759 on this 5th day of October, 2017.

/s/ John M. Scannapieco
John M. Scannapieco